| Criteria from Monster.com job posting | Arkells | Huggins |
|---|---|---|
| **Strong Global Experience** | 6 years US/Canada<br><br>2 years Europe, Canada, Asia/Pacific, Latin & South America, Africa<br><br>2 years Mumbai<br><br>2 years Canada and South America<br><br>12 years North and South America | 12 years living and working in Japan<br><br>8 years' experience in global companies serving North and South America, Europe, APAC |
| **Understanding of Japanese business culture and language** | 12 years All Nippon ending in 2003 (from resume)<br><br>Authored an article "U.S.-Japan: comparative HR & Organizational Practices" (Not fluent in Japanese; never lived and worked in Japan) | 12 years' experience living and working in Japan and complete fluency in Japanese<br><br>Japanese translator while living and working in Japan 12 years Liaison/translator for Nichirei Foods between Tokyo parent and local US offices |
| **Seasoned Leader with Experience in large complex businesses** | 24 years' HR leadership experience<br><br>6 years Stuart Dean Co. (500 employees)<br><br>2 years /Cushman & Wakefield (9,000 employees)<br><br>2 years Starwood Hotels (200 employees)<br><br>2 years Swiss Int'l airline (300 employees)<br><br>12 years All Nippon Airways (200 employees) | 20 years' HR leadership experience<br><br>3 years Walbro (2500 ee)<br><br>2 years Konami Gaming (400 employees US; 4500 global)<br><br>2 years Clearwater Paper (2500 employees in 5 states)<br><br>3 years Sterling Savings Bank (3000 employees in 11 states)<br><br>1 year Itron (9000 employees in 100 countries)<br><br>1 year Crosstex Energy (Fortune 500 company with 350 employees in 5 states) |

PLAINTIFF'S EXHIBIT 27

|  |  |  | 4 years Ernst & Young (200,000 employees – consultant to large client global employees) |
|---|---|---|---|
|  |  |  | 1 year Nichirei Foods (200 employees in US division; parent company has 80 subsidiaries) |
|  |  |  | 1 year HR Assistant and acting HR Manager while HR Manager on LOA, Electronic Data Systems (200 employee in local office) |
| **Broad HR knowledge and experience** |  | 25 years in HR positions (10 of which were at Director Level) No advanced degrees | 20 years in HR positions, 13 at Manager or consultant level; 6 at Director level<br><br>MBA with a major in HR and minor in Finance<br><br>Professional designations:<br>   Professional of Human Resources (2002 – 2005)<br>   Senior Professional of Human Resources (2005 – present)<br>   Global Remuneration Professional<br>   Certified Compensation Professional<br>   Certified Equity Planner<br>   Certified Employee Benefits Specialist and Fellow (1 of 1100 with Fellowship status in US and Canada)<br><br>Instructor at Southern Methodist University (2001 – 2005) in the HR curriculum sponsored by the International Foundation of Employee Benefit Plans and Wharton Business School<br><br>Presented to the Bank Directors Inc Compensation Committee |

| | | |
|---|---|---|
| | | annual conference about integrating performance management processes post-acquisition

Presented at the International Association for Human Resource Information Management annual conference on implanting performance management solutions |
| **Key Business Partner to Leadership** *(industry buzzword that is demonstrated by the other key criteria and varies from company to company)* | Certified DDI trainer, certified coach | Coach certification training

Personalysis training

MBTI training

Predictive Index Certification |